# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156038(125)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PSAUNTIA MARIE GEORGE,
      Defendant-Appellant.

_____/

SC:  156038
COA:  327812
Wayne CC:  14-001330-FC

On order of the Chief Justice, the motions of defendant-appellant to file a pro per supplement to the application for leave to appeal and to waive the filing fee are GRANTED.  The pro per supplement will be accepted for filing if submitted on or before August 16, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2017



Clerk